**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-1541-CMA-CBS

TURNKEY SOLUTIONS CORPORATION,

    Plaintiff,

vs.

HEWLETT PACKARD ENTERPRISE COMPANY,

    Defendant.

**ORDER GRANTING
JOINT MOTION TO AMEND SCHEDULING ORDER**

THIS MATTER comes before the Court on the Parties' Joint Motion to Amend Scheduling Order of April 18, 2016.  After review and consideration of the Motion, the Court concludes that the motion should be GRANTED.

Therefore, it is ORDERED that the Scheduling Order signed by this Court on January 26, 2016 (Dkt. 45) is amended as follows:

| Deadline | Current Date | Amended Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | June 10, 2016 | June 30, 2016 |
| Expert Designation | July 8, 2016 | July 22, 2016 |
| Rebuttal Expert Designation | August 12, 2016 | August 24, 2016 |
| Expert Deposition Deadline | September 19, 2016 | September 23, 2016 |
| Deadline for Dispositive Motions | September 30, 2016 | October, 7 2016 |

| Final Pre-Trial Conference | January 12, 2017 | January 12, 2017 |

SO ORDERED THIS 20th DAY OF April, 2016.

                              BY THE COURT

                              __Craig B. Shaffer_____
                              U.S. Magistrate Judge